**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ROLAND SHELDON ALLEN, | : | |
| Petitioner, | : | Civil Action No. 13-5752 (SRC) |
| v. | : | |
| WARDEN ROY L. HENDRICKS, | : | |
| Respondent. | : | **OPINION** |

**CHESLER, District Judge:**

This matter comes before the Court upon Petitioner's filing of a § 2241 petition ("Petition") and submission of the filing fee. See ECF No. 1. However, on September 11, 2013, Petitioner had already commenced another § 2241 matter raising identical challenges. See Allen v. Hendricks, Civ. Action No. 13-5495 (SRC) (D.N.J.) (filed Sep. 11, 2013). Therefore, the instant matter will be terminated as duplicative of Allen v. Hendricks, Civ. Action No. 13-5495 (SRC). See Jumah v. Napolitano, Civ. Action No. 13-2464 (ES), ECF No. 2, at 1 (D.N.J. filed Apr. 16, 2013, term. June 25, 2013) (citing Curtis v. Citibank, N.A., 226 F.3d 133, 138 (2d Cir. 2000)).

An appropriate Order follows.

_____/s/_____
**Stanley R. Chesler**
**United States District Judge**

Dated: November 26, 2013